DELANCEY KOSHER RESTAURANT & CATERERS CORP. v. PHIL GLUCKSTERN et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Dore, Breitel, Bastow and Bergan, JJ. [See *ante,* pp. 776, 784.]

## (May 26, 1954.)

NEW YORK CENTRAL RAILROAD COMPANY et al., Appellants, v. CHASE NATIONAL BANK OF THE CITY OF NEW YORK et al., Respondents, et al., Defendants.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Dore, Cohn, Bastow and Botein, JJ.

LOUISE MURTAGH, Individually and as Executrix of WILLIAM MURTAGH, Deceased, et al., Respondents, v. ALLEN MOTOR LINES, INC., et al., Appellants, et al., Defendants.— Order unanimously affirmed, with one bill of $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Dore, Cohn, Bastow and Botein, JJ.

## (May 27, 1954.)

SAMUEL ROSENFELD et al., v. ANTONIO MESISCO.— Motion to dismiss appeal granted, with $10 costs. Present — Dore, J. P., Cohn, Callahan, Bastow and Botein, JJ.

## SECOND DEPARTMENT, MAY, 1954.

### (May 3, 1954.)

CHRISTOPHER E. BALESTRERO, Appellant, v. PRUDENTIAL INSURANCE COMPANY OF AMERICA et al., Respondents.— Motion for leave to appeal to the Court of Appeals granted. The following question is certified: Was the order of this court, entered March 1, 1954, properly made? Present — Nolan, P. J., Adel, Wenzel, Beldock and Murphy, JJ. [See *ante,* p. 794.]

EDWIN HOLDING CORPORATION, Appellant, v. ETHEL FISCHER, Doing Business under the Name of ETHEL'S MILLINERY SHOPPE, Respondent.— Motion for reargument of motion for leave to appeal to the Appellate Division denied, without costs. Present — Adel, Acting P. J., Wenzel, MacCrate, Beldock and Murphy, JJ. [See *ante,* p. 873.]